IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY FORSYTHE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:12-CV-242-TMH |
| SGT. BUCKMAN, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED and plaintiff's complaint is summarily dismissed as malicious pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

A separate judgment shall issue.

Done this 16th day of April, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE